### LONDERBACK, GILBERT & CO., *vs.* LILLY & WOOD.

COMPLAINT, FROM CITY COURT OF HALL COUNTY. Partnership. Debtor and Creditor. (Before Judge Prior.)

Hall, J.—Where a firm contracted a debt, and subsequently dissolved, and thereafter, with notice of the dissolution, the creditors accepted the individual drafts of one of the partners for the debt, and extended the time of payment, without the knowledge or consent of the retiring partner, the latter was thereby released from such debt. 20 Ga., 259 ; 24 Id., 310. Code, §§1917, 1896, 2937.

Judgment affirmed.

F. M. Johnson, for plaintiffs in error.

W. S. Pickerell; M. L. Smith ; Dunlap & Thompson, for defendants.